UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BLAKE, <br><br> Plaintiff, <br><br> -against- <br><br> AUGMEDICS, INC., <br><br> Defendant. | **ORDER** <br><br> 24 Civ. 9721 (ER) |

Ramos, D.J.:

On December 26, 2024, an order of automatic referral to mediation was issued. Accordingly, the initial conference scheduled for January 29, 2025, is adjourned pending the conclusion of mediation.

It is SO ORDERED.

Dated:  January 27, 2025
        New York, New York

Edgardo Ramos, U.S.D.J.